IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 47.187.2.177

**ISP:** Frontier Communications
**Physical Location:** Southlake, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/25/2019 18:11:48 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 06/16/2019 17:28:07 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 05/07/2019 11:46:40 | 483C0F08D39959A37DD3F4370563C9DAD44B8C11 | Cindy Sauna Sex |
| 03/05/2019 02:16:24 | AF34A156405DEBF05141C890A2DDD4AB65745615 | Hot Night Tiny Blonde |
| 03/05/2019 01:51:04 | 50F2E1A6141A9F29B86C9F2631BF0826EF4DDF62 | Best Fashion Model Girlfriends |
| 03/01/2019 17:20:05 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 01/14/2019 17:03:05 | DBADB5297A88111AD4820864B7EF1F21AA822354 | One Romantic Evening of Hot Sex |
| 12/14/2018 18:07:33 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 12/14/2018 17:31:46 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 11/13/2018 02:36:34 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

NTX54