Northern District of Texas, Texas
1100 COMMERCE ST ROOM 1452 DALLAS TX 75242

# CASE #: 3:19-CV-01816-M

MALIBU MEDIA, LLC

*Plaintiff*
vs
TIM SULLIVAN

*Defendant*

## AFFIDAVIT OF SERVICE

I, **TRACY JONES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 12/21/19 6:50 am, instructing for same to be delivered upon SULLIVAN, TIM.

That I delivered to: SULLIVAN, TIM.

| | |
|---|---|
| the following | : SUMMONS; MALIBU MEDIA, LLC AMENDED COMPLAINT; EXHIBITS; NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT |
| at this address | : 4605 Mill Wood Drive Colleyville, Tarrant County, TX 76034 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Tuesday DEC 24, 2019 3:25 pm |

My name is TRACY JONES, my date of birth is JUL 15th, 1969, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Dallas_ County, State of Texas, on the _27th_ day of _Dec_, 20_19_.

TRACY JONES                                2707   Declarant
TX Certification#: PSC-14958 Exp. 05/31/2020

AX02A19C03952

tomcat
eaffidavits@pcpusa.net

Service Fee:    75.00   PCP Inv#: D19C00226
Witness Fee:      .00   SO  Inv#: A19C03952
Mileage Fee:      .00   Reference : NTX54

Beik, Paul

RETURN TO CLIENT

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| MALIBU MEDIA, LLC <br><br> *Plaintiff(s)* <br> v. <br> TIM SULLIVAN <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:19-cv-01816-M |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   TIM SULLIVAN
4605 MILL WOOD DRIVE
COLLEYVILLE, TX. 76034-3693.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul S. Beik
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
Email: paul@beiklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   12/05/2019

s/ M. Arrington, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:19-cv-01816-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset