**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

MALIBU MEDIA, LLC,                      §
                                        §
              Plaintiff,                §
                                        §
v.                                      §          Civil Action No. 3:19-cv-01816-M
                                        §
TIM SULLIVAN,                           §
                                        §
              Defendant.                §

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice.  [ECF No. 21].  Plaintiff represents that it has settled this matter with Defendant and seeks to dismiss this action under the terms of the parties' settlement agreement.  Under Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without a court Order only if the opposing party has not answered or filed a motion for summary judgment or with a stipulation signed by all parties.  Defendant has filed an answer in this action but has not signed the Notice of Voluntary Dismissal.  Accordingly, the Court interprets the Notice as an agreed Motion, and it is **GRANTED**.  It is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

        **SO ORDERED**.

        February 10, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE