✎ AO 121 (6/90)

| TO: |  |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION        APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S. District Court for the Northern District of Texas |
| DOCKET NO.              DATE FILED | Dallas Division |
| 3:19-cv-01816-B          7/30/2019 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Mailbu Media LLC | John Doe<br>infringer using IP address 47.187.2.177 |

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | please see attached page | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |  |
|---|---|---|---|---|
| | Amendment | Answer | Cross Bill | Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ✔ Order      Judgment | Yes    ✔ No | 2/10/20 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CLERK OF COURT | s/S VanCamp | 7/30/2019 |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 47.187.2.177**

**ISP:** Frontier Communications
**Physical Location:** Southlake, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/25/2019 18:11:48 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 06/16/2019 17:28:07 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 05/07/2019 11:46:40 | 483C0F08D39959A37DD3F4370563C9DAD44B8C11 | Cindy Sauna Sex |
| 03/05/2019 02:16:24 | AF34A156405DEBF05141C890A2DDD4AB65745615 | Hot Night Tiny Blonde |
| 03/05/2019 01:51:04 | 50F2E1A6141A9F29B86C9F2631BF0826EF4DDF62 | Best Fashion Model Girlfriends |
| 03/01/2019 17:20:05 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 01/14/2019 17:03:05 | DBADB5297A88111AD4820864B7EF1F21AA822354 | One Romantic Evening of Hot Sex |
| 12/14/2018 18:07:33 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 12/14/2018 17:31:46 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 11/13/2018 02:36:34 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

**Copyrights-In-Suit for IP Address 47.187.2.177**

**ISP:** Frontier Communications
**Location:** Southlake, TX

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Cum For A Ride | PA0002036145 | 10/21/2016 | 12/04/2016 | 06/25/2019 |
| Summertime Sex | PA0002128253 | 07/13/2018 | 07/17/2018 | 06/16/2019 |
| Cindy Sauna Sex | PA0002173483 | 05/04/2019 | 05/13/2019 | 05/07/2019 |
| Hot Night Tiny Blonde | PA0002160863 | 03/03/2019 | 03/19/2019 | 03/05/2019 |
| Best Fashion Model Girlfriends | PA0002160860 | 03/01/2019 | 03/19/2019 | 03/05/2019 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 03/01/2019 |
| One Romantic Evening of Hot Sex | PA0002154467 | 01/11/2019 | 01/24/2019 | 01/14/2019 |
| Hot Fucking with Sexy Sybil and Jake | PA0002144402 | 10/18/2018 | 11/27/2018 | 12/14/2018 |
| Four Way In 4K | PA0001995499 | 01/28/2016 | 02/18/2016 | 12/14/2018 |
| Cum In For An Orgy | PA0002139295 | 08/11/2018 | 08/27/2018 | 11/13/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  10**

EXHIBIT B

NTX54